# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Post Office Box 27504
### Raleigh, North Carolina 27611

**W. Earl Britt**
**Senior Judge**

Telephone: (919) 856-4050

13 July 2007

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Dear Committee,

     Attached is an addendum  to my Financial Disclosure Report for calendar year 2006, in triplicate.   If the committee has any questions, please advise



e
encls. 3

*ADDENDUM TO:*

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| W. EARL Britt | 07.13.07 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 4 ESTATE OF WILLIAM G. BRITT | | | | | | | | | |
| 1-A BRANCH BANK + TRUST Acct | NONE | | N | T | WILL | 6/13 | N | | |
| A B BRANCH BANK + TRUST Acct | NONE | | J | T | " | " | J | | |
| A C 2003 NISSAN AUTO | NONE | | J | T | " | " | J | | |
| A D USDA TOBACCO Buy Out Pros | NONE | | L | T | " | " | L | | |
| A E FIREARMS | NONE | | J | T | " | " | J | | |
| A F MISC. PERS. PROPERTY | NONE | | J | T | " | " | J | | |
| A G 3 TRACTS OF LAND | NONE | | N | T | " | " | N | | |

1. Income/Gain Codes: A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000 (See Col. B1, D4) F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000
2. Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000 (See Col. C1, D3) N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000, P4=More than $50,000,000

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Britt, W. Earl | U.S. District Court Eastern District — NC | 05.08.07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ___ Nomination, Date ___  ___ Initial  ✓ Annual  ___ Final  5b. ___ Amended Report | 1.1.06 To 12.31.06 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 27504 Raleigh, NC 27611 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Executor | ██████ of ██████████ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 2006 | Executor - Estate of ████████ | $ 70,546. |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | |
|---|---|
| 2006 | Self-Employed (Health Care Consultant) |

2007 MAY 15 A 10: 12  FINANCIAL DISCLOSURE OFFICE  RECEIVED

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| W. EARL Britt | 05.08.07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☒ NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☒ NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☒ NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| W. Earl Britt | 05.08.07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 JEFFREY G. LEWIS NOTE RECIEVABLE | A | INT | | | PAID IN FULL | 9/26 | J | NONE | |
| 2 PARAGON TRADE BRANDS | | NONE | | | | | | | (BANKRUPT) |
| 3 SHEPHERD. STREET EQUITY | A | DIV | L | T | PARTIAL SALE | 11/13 | J | A | |
| 4 SCHWAB MONEY MARKET FUND | A | INT | J | T | | | | | |
| 5 VANGUARD INTER-TERM BOND INDEX FUND | A | DIV | K | T | | | | | |
| 6 SHEPHERD STREET EQUITY | A | DIV | K | T | Buy | 12/19 | J | | |
| 7 SCHWAB MONEY MARKET FUND | A | INT | K | T | | | | | |
| 8 VANGUARD INTER TERM BOND INDEX FUND | A | DIV | K | T | Buy | 11/22 12/19 | J | | |
| 9 VANGUARD TOTAL INTL FUND | A | DIV | K | T | Buy | 12/19 | K | | |
| 10 STATE EMPLOYEES CREDIT UNION | C | INT | L | T | Buy partial SELL | 2/14 5/14 | G L | NONE | |
| 11 ESTATE OF ▮▮▮▮▮ | NONE | | O | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

SECTION VII, ITEMS (4,5,6) AND (7,8,9) ARE SHOWN SEPARATELY AS THEY ARE IN DIFFERENT ACCOUNTS.

SECTION VII, ITEM 11 IS SHOWN SOLELY BECAUSE OF DUTIES AS EXECUTOR AS I AM NOT A BENEFICIARY OF THE ESTATE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the p███████████ ██ U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     05. 08. 07

NOTE:  ANY IN██████████████████████████████████████████FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIV███████████████████████████████████████

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544